UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| DANIAL J. WILLIAMS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Case No. 3:09-cv-00769-RLW |
| | : | |
| HELEN FAHEY, | : | |
| CHAIR OF THE VIRGINIA | : | |
| PAROLE BOARD, | : | |
| | : | |
| Respondent, | : | |

NOTICE OF REVISED APPENDICES TO
PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2254 FILED IN COMPLIANCE WITH
DECEMBER 30, 2009 ORDER OF THE COURT

Attached is a revised Appendix One to the Corrected Petition for Habeas Corpus Under 28 U.S.C. § 2254 Filed in Compliance with December 30, 2009 Order of the Court ("Habeas Petition"), which consists of a Timeline of Key Events which had inadvertently been filed along with the Habeas Petition as Appendix Two. Also attached is a revised Appendix Two, which consists of the January 27, 2010 Affidavit of Danial Williams which had inadvertently been filed along with the Habeas Petition as Appendix One.

Respectfully submitted,

    February 3, 2010                                            /S/

Of Counsel:                                                 Warren T. Allen II

Donald P. Salzman (*Pro hac vice*)               Virginia Bar Number 72691

Julia M. Kazaks (*Pro hac vice*)                    *Attorney for Plaintiff Danial Williams*

Albert A. Starkus III (*Pro hac vice*)             Skadden, Arps, Slate, Meagher & Flom, LLP

Michael G. Tierney                                    1440 New York Avenue, N.W.

  (*Pro hac vice* - motion to be filed)           Washington, D.C. 20005-2111

Skadden, Arps, Slate, Meagher & Flom, LLP    (202) 371-7126

1440 New York Avenue, N.W.                 (202) 661-9121 (fax)

Washington, D.C. 20005-2111                wtallen@skadden.com

(202) 371-7000