## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

### *Richmond Division*

**DANIAL WILLIAMS,**

*Petitioner,*

**v.**                                     **Civil Action No.:    3:09cv769**

**HELEN FAHEY, CHAIRPERSON
OF THE VIRGINIA PAROLE BOARD,**

*Respondent.*

### <u>NOTICE OF DECISION OF THE UNITED STATES SUPREME COURT</u>

The respondent, by counsel, filed a Motion to Dismiss and supporting brief in this case on April 9, 2010.  In the brief (pages 18-19), the respondent noted that <u>Holland v. Florida</u>, No. 09-5327,  a habeas corpus case from the Eleventh Circuit Court of Appeals, was pending before the United States Supreme Court.  The respondent now advises this Court that, on June 14, 2010, the Supreme Court of the United States decided the <u>Holland</u> case.  The decision does not change the arguments made on brief by the respondent.

Respectfully submitted,
Helen Fahey, Chairperson of the Virginia
Parole Board,
Respondent

/s/_____

Virginia B. Theisen
Senior Assistant Attorney General
Virginia State Bar No. 23782
Attorney for the Respondent
Office of the Attorney General

900 East Main Street
Richmond, Virginia 23219
804-786-2071
(FAX) 804-371-0151
vtheisen@oag.state.va.us

## CERTIFICATE OF SERVICE

On June 15, 2010, I electronically filed this Notice of Decision of the United

States Supreme Court with the Clerk of Court by using the CM/ECF system,

which will then send a notification of such filing (NEF) to the following:  Warren T.

Allen, II, Esquire, Skadden, Arps, Slate, Meagher & Flom, LLP, 1440 New York

Avenue, N.W., Washington D.C. 20005-2111, wtallen@skadden.com, counsel for

the petitioner.


/s/_____

Virginia B. Theisen
Senior Assistant Attorney General
Virginia State Bar No. 23782
Attorney for the Respondent
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
804-786-2071
(FAX) 804-371-0151
vtheisen@oag.state.va.us