IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DANIAL WILLIAMS,

    Petitioner,

v.                                                        Civil Action No. 3:09CV769

HELEN FAHEY,

    Respondent.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Williams's Motion to Stay and Hold Federal Habeas Corpus Remedies in Abeyance Pending Exhaustion of State Court Remedies (Docket No. 24) is GRANTED.

2. Within twenty (20) days of the date of entry hereof, Williams shall either move to amend his § 2254 Petition to add his New Claim or show good cause for his failure to do so.

3. Respondent's Motion to Dismiss (Docket No. 19) is DENIED WITHOUT PREJUDICE.

4. Williams shall FILE a status report every ninety (90) days and promptly notify the Court upon the conclusion of the state habeas proceedings, and be prepared to file any amended § 2254 petition, in accordance with the Court instructions, within (30) thirty days of the conclusion of the state court proceedings.

And it is so Ordered.

Date: 6/14/11
Richmond, Virginia

/s/ _____
John A. Gibney, Jr.
United States District Judge